✎ AO 440 (Rev. 03/08)  Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT

E-filing    *SI*

for the

## NORTHERN DISTRICT OF CALIFORNIA

**CV** **08**    **3970**

| | |
|---|---|
| LISA R. BRILL-NADLER, ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF ) | |
| AMERICA; and BRYDON HUGO & PARKER LTD ) | |
| PLAN, ) | |
| ) | |
| Defendant ) | |

### Summons in a Civil Action

To:
 BRYDON HUGO & PARKER LTD PLAN
            *(Defendant's name)*

A lawsuit has been filed against you.

        Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

 Shernoff Bidart Darras Echeverria, LLP
 3257 East Guasti Road, Suite 300
 Ontario, CA 91761

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

Date:  **AUG 2 0 2008**    **Helen L. Almacen**
_____    _____
                          Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

COPY

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                  _____
                                                    Server's signature

                                                _____
                                                    Printed name and title

                                                _____
                                                    Server's address

American LegalNet, Inc.
www.FormsWorkflow.com