| | |
|---|---|
| 1 | FRANK N. DARRAS #128904, fdarras@sbdelaw.com |
| 2 | LISSA A. MARTINEZ #206994, lmartinez@sbdelaw.com |
| | SHERNOFF BIDART DARRAS ECHEVERRIA, LLP |
| 3 | 3257 East Guasti Road, Suite 300 |
| | Ontario, CA 91761 |
| 4 | Telephone: (909) 390-3770 |
| 5 | Facsimile: (909) 974-2121 |
| 6 | Attorneys for Plaintiff |
| | LISA R. BRILL-NADLER |
| 7 | |
| 8 | TAD A. DEVLIN #190355, tdevlin@gordonrees.com |
| | ELIZABETH B. VANALEK #206709, evanalek@gordonrees.com |
| 9 | GORDON & REES, LLP |
| | 275 Battery Street, Suite 2000 |
| 10 | San Francisco, CA 94111 |
| 11 | Telephone: (415) 986-5900 |
| | Facsimile: (415) 986-8054 |
| 12 | Attorneys for Defendants |
| 13 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and BRYDON HUGO & PARKER LTD PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA R. BRILL-NADLER, | Case No.: CV08-3970 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and BRYDON HUGO & PARKER LTD PLAN, | Date: December 5, 2008<br>Time: 2:00 p.m.<br>Ctrm: 10 |
| Defendants. | Complaint Filed: August 20, 2008 |

Plaintiff Lisa R. Brill-Nadler and Defendants The Prudential Insurance Company of America ("Prudential") and Brydon Hugo & Parker LTD Plan (the "Plan") (collectively "Defendants") hereby stipulate and agree as follows:

- 1 -
STIPULATION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY
AT THE CASE MANAGEMENT CONFERENCE

WHEREAS, the Court scheduled the initial Case Management Conference ("CMC") for December 5, 2008 at 2:00 p.m.;

WHEREAS, lead trial counsel for Plaintiff, Lissa A. Martinez, Esq., practices in San Bernardino County, California;

WHEREAS, it would be more efficient if Plaintiff's counsel could appear telephonically at the CMC rather that travel from Southern to Northern California for the appearance;

NOW, THEREFORE, the parties hereby stipulate and respectfully request the Court to permit Plaintiff's counsel to appear telephonically at the December 5, 2008 CMC.

IT IS SO AGREED AND STIPULATED.

DATED: November 19, 2008  SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


By: __/s/ Lissa A. Martinez__
    LISSA A. MARTINEZ
    Attorneys for Plaintiff

DATED: November 19, 2008  GORDON & REES, LLP


By: __/s/ Tad A. Devlin (as authorized on 11/19/08)__
    TAD A. DEVLIN
    Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE